**Mike Wayne MARTIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

**Nos. 671–83, 672–83.**

Court of Criminal Appeals of Texas,
En Banc.

Oct. 19, 1983.

Gus A. Saper, Houston, for appellant.

John B. Holmes, Jr., Dist. Atty. and J. Sidney Crowley, Asst. Dist. Atty., Houston, Robert Huttash, State's Atty., Austin, for the State.

v.

**The STATE of Texas, Appellee.**

**Nos. 671–83, 672–83.**

Court of Criminal Appeals of Texas,
En Banc.

Feb. 8, 1984.

Gus A. Saper, Houston, for appellant.

832

John B. Holmes, Jr., Dist. Atty. and J. Sidney Crowley, Asst. Dist. Atty., Houston, Robert Huttash, State's Atty., Austin, for the State.

## ON STATE'S PETITION FOR DISCRETIONARY REVIEW

W.C. DAVIS, Judge.

Upon original submission of these causes we vacated the opinions below for reconsideration in the light of *Ex Parte Crisp,* 661 S.W.2d 944 (Tex.Cr.App.1983) (opinion on original submission). Because we granted the State's motion for leave to file motion for rehearing in *Crisp,* we granted a similar motion in the instant causes pending the outcome of *Crisp.*

The State's motion for rehearing in *Crisp* was denied by an opinion delivered December 7, 1983. We therefore deny the instant motions.

The judgment of the court of appeals remains vacated, and the causes are remanded to that court for further proceedings consistent with the original opinions in these causes and with *Crisp,* supra.